JOHN O'CONNOR, Respondent, v. NITRO POWDER COMPANY, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. FRANCIS G. GERTENBACH, Appellant.— Appeal dismissed on default. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. JOSEPH VITALIANO, Appellant.— Appellant's explanations of his registering this stolen Ford car in New Jersey, the day after it had disappeared from Brooklyn, brought out many inconsistencies which were duly presented to the jury. Their verdict of guilty was plainly justified. No error appears in the trial, or in the court's denials of appellant's motions. The judgment of conviction is, therefore, affirmed. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

JOSEPH SCHOENBAUM and Others, as Trustees, Respondents, v. RUDOLPH REIMER, JR., Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

ELEANOR C. VANDERHOEF and ALICE I. VANDERHOEF, Appellants, v. HARMON B. VANDERHOEF, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Jenks, P. J., Thomas, Mills, Rich and Putnam, JJ., concurred.

CHARLES V. BARKER, Respondent, v. CLIFFORD J. BARKER and Others, Appellants, and Others, Defendants.— Motion granted. Present — Jenks, P. J., Mills, Rich and Kelly, JJ.

NICHOLAS BRIGANTI, as Administrator, etc., Respondent, v. FRANK SZEMKO and JOSEPH GAYDICA, Copartners, etc., and Another, Appellants.— Motion denied. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

JOHN FARRELL and Others, Appellants, v. (JENNIE M. BRADY), MARY E. T. DUNN and ANNA R. MOORE, as Executrices, etc., Respondents.— Motion to resettle order granted. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ. Order to be settled before Mr. Justice Blackmar.

BERTHA FRANKEL, Appellant, v. MAX WOLPER, Respondent.— Motion denied. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

GUSTAV GARDNER, Appellant, v. CHARLES H. GARDNER and Others, Respondents, Impleaded with TITLE GUARANTEE AND TRUST COMPANY, Appellant, and Another, Defendant.— Motion denied. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.

GUSTAV GARDNER, Appellant, v. MECHANICS' BANK, Respondent, Impleaded with CHARLES H. GARDNER and Others.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Jenks, P. J., Mills, Rich, Blackmar and Kelly, JJ.